IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**v.**                  **CASE NO. 4:20-CR-00346-BSM**

**NORMAN THURBER**                                                    **DEFENDANT**

## ORDER

Norman Thurber's pro se motion for compassionate release [Doc. No. 99] is denied because he has not shown that extraordinary and compelling circumstances warrant early release. *See* 18 U.S.C. § 3582(c)(1)(A).

A jury convicted Thurber of six counts of production of child pornography, in violation of 18 U.S.C. section 2251(a) and (e), stemming from videos recovered from Thurber's cell phone depicting him engaging in sadomasochistic sex acts with a minor female. He was sentenced to twenty years' imprisonment on each count, with the sentences running concurrently, and imposed ten years of supervised release to follow. Thurber seeks release based on claims that he suffers from several medical conditions and that staffing shortages, inadequate care, and other circumstances at his Bureau of Prisons ("BOP") facility put him at risk of harm from his conditions.

Thurber's request for an order either (1) assigning him an attorney; (2) granting him release; or (3) putting him on house arrest is denied for several reasons. First, there is no right to appointed counsel for compassionate release motions. *See United States v. Harris*, 568 F.3d 666, 669 (8th Cir. 2009) (per curiam) (no right to appointed counsel in sentence

modification proceedings under section 3582(c)).  Second, Thurber's medical records do not support the claim that Thurber's medical needs are not being met by the BOP.  *See* Doc. No. 107; *see also* U.S. Resp. Def.'s Mot. Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) at 4–6, Doc. No. 105.  Third, a district court lacks authority under 18 U.S.C. section 3624(c)(2) to order the BOP to transfer an inmate to home confinement.  *United States v. Houck*, 2 F.4th 1082, 1085 (8th Cir. 2021).  Finally, the section 3553(a) factors do not warrant a reduction of Thurber's sentence because he remains a danger to the community.

IT IS SO ORDERED this 11th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE